# UNITED STATES DISTRICT COURT
## District of Minnesota

Ismahan Mahamud,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Joel Brott,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1418 NEB/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

a. DECLARES that Petitioner's arrest and detention violates the Due Process Clause of the Fifth Amendment;

b. ENJOINS Respondents from re-detaining Petitioner without a predeprivation hearing where the government bears the burden of justifying re-detention by clear and convincing evidence;

c. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to Petitioner's release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

d. ORDERS that Respondents must **immediately release** Petitioner from custody in Minnesota subject to the conditions of Petitioner's December 24, 2022 Order of Release on

Recognizance. Respondents must release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order; and

e. ORDERS that, within **four days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

2. Respondents' Motion to Dismiss (ECF No. 4) is DENIED.

Date: 2/21/2026

KATE M. FOGARTY, CLERK